## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Sebastian Modla Jr., a/k/a Joseph Modla, a/k/a Joseph Sebastian Modla, a/k/a Joseph S. Modla , a/k/a Joseph Modla, Jr., a/k/a Joseph S. Modla, Jr. | BK NO. 24-00039 MJC<br><br>Chapter 13 |
| Debtor(s) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
29 Jan 2024, 18:10:06, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322