In re:     Case No. 24-00039-MJC

Joseph Sebastian Modla, Jr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 12, 2024     Form ID: ntcnfhrg     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Sebastian Modla, Jr., 268 Grandview Avenue, Mountain Top, PA 18707-2278 |
| 5588113 | | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5588114 | + | Email/Text: broman@amhfcu.org | Feb 12 2024 18:38:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 5588117 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 12 2024 18:38:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 5588116 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 12 2024 18:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5588115 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 12 2024 18:38:00 | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 5588118 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 12 2024 18:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5589262 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 12 2024 18:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5588120 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 12 2024 18:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 5588119 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 12 2024 18:38:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5588122 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2024 18:42:59 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5588121 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2024 18:42:59 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5588123 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2024 18:54:11 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5588124 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2024 18:54:16 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5588125 | | Email/Text: Documentfiling@lciinc.com | Feb 12 2024 18:38:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 5588126 | | Email/Text: Documentfiling@lciinc.com | Feb 12 2024 18:38:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 5588127 | + | Email/PDF: ebnotices@pnmac.com | Feb 12 2024 18:54:11 | PennyMac Loan Services, LLC, PO Box 2410, |

| | | | | |
|---|---|---|---|---|
| | | | | Moorpark, CA 93020-2410 |
| 5588129 | ^ MEBN | | Feb 12 2024 18:36:11 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 5588128 | ^ MEBN | | Feb 12 2024 18:36:11 | Raymour & Flanigan, Attn: Bankruptcy Dept, PO Box 220, Liverpool, NY 13088-0220 |
| 5594295 | + Email/Text: tdebn@credbankserv.com | | Feb 12 2024 18:38:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5588130 | Email/Text: LCI@upstart.com | | Feb 12 2024 18:38:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5588131 | Email/Text: LCI@upstart.com | | Feb 12 2024 18:38:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 5589963 | ^ MEBN | | Feb 12 2024 18:36:03 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Joseph Sebastian Modla  Jr. MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Joseph Sebastian Modla Jr., aka Joseph Sebastian Modla, aka Joseph Modla, aka Joseph S. Modla, aka Joseph S. Modla Jr., aka Joseph Modla Jr., | Chapter | 13 |
| | Case No. | 5:24−bk−00039−MJC |
| **Debtor 1** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 12, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 19, 2024<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 12, 2024 |

ntcnfhrg (08/21)